| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>VAN SICKLE, FRED | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>7/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination.    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O. BOX 2209<br><br>SPOKANE, WA 99210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Washington State Judicial Retirement Systems |
| 2. | Washington State Deferred Compensation |

RECEIVED 2005 JUL 21 A 11: 06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | State of Washington Judicial Retirement | $47,537 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State of Washington Retirement |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets. or transactions) | | | | | | | | | |
| 1. Wash Mutual Investors Fund | A | Div | K | T | | | | | |
| 2. Templeton Foreign Fund | A | Div | K | T | | | | | |
| 3. Idaho Power, Stock | A | Div | J | T | | | | | |
| 4. Mutual Qualified Fund, IRA | A | Dividend | K | T | partial w/d | 12/27 | J | A | |
| 5. Mutual Shares Fund, IRA | B | Dividend | K | T | | | | | |
| 6. Windsor Fund, IRA | A | Dividend | K | T | | | | | |
| 7. Mid State Bank Stock | A | Div | J | T | | | | | |
| 8. Bell South | A | Dividend | K | T | | | | | |
| 9. AT&T | | | | | sold | 10/27 | J | C | |
| 10. Qwest | A | Dividend | J | T | | | | | |
| 11. Exxon/Mobil | A | Div | J | T | | | | | |
| 12. Albertsons | | | | | sold | 12/29 | J | A | |
| 13. Boeing | A | Dividend | K | T | | | | | |
| 14. Franklin Tax Free High Yield | C | Dividend | L | T | | | | | |
| 15. Royal Dutch Petrol | A | Div | K | T | | | | | |
| 16. American Century Ultra | A | Dividend | J | T | | | | | |
| 17. United Water Idaho | A | Div | J | T | | | | | |
| 18. Telephono de Mexico | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1.000 or less     B = $1.001-$2,500     C = $2.501-$5,000     D = $5,001-$15,000     E = $15,001-$50.000
(See Columns B1 and D4)     F = $50,001-$100.000     G = $100.001-$1,000,000     H1 = $1,000.001-$5,000,000     H2 = More than $5.000.000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50.000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000.000     P4 = $More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, FRED | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Bristol Myers | A | Dividend | J | T | | | | | |
| 20. Microsoft | D | Dividend | L | T | | | | | |
| 21. St. Jude Med | A | Dividend | K | T | | | | | |
| 22. WA Trust Savings | A | Interest | J | T | | | | | |
| 23. Hewlet-Packard | A | Dividend | K | T | | | | | |
| 24. Eric Tel | A | Dividend | K | T | | | | | |
| 25. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 26. Intel | A | Dividend | K | T | | | | | |
| 27. Wash St. Go College | A | Interest | K | T | | | | | |
| 28. Cortland Gen MM | A | Interest | J | T | | | | | |
| 29. Lucent Tech Inc | | | | | sold | 12/29 | J | A | |
| 30. Numerica CU | A | Interest | K | T | | | | | |
| 31. Vanguard Tax Exempt MM | A | Interest | J | T | | | | | |
| 32. Washington Mutual, Inc. | | | | | sold | 10/28 | J | D | |
| 33. America Movil (spinoff from Telephono de Mexico) | A | Dividend | K | T | | | | | |
| 34. Clark County Bond | A | Interest | J | T | | | | | |
| 35. Pierce County Bond | A | Interest | J | T | | | | | |
| 36. City of Spokane CLTD 209 | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | VAN SICKLE, FRED | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Wisconsin Health & Ed | A | Interest | J | T | | | | | |
| 38. Cardinal Health | A | Dividend | K | T | | | | | |
| 39. Comcast Corp - Bought by AT&T wireless | A | Dividend | K | T | | | | | |
| 40. Agere Sys | A | Dividend | J | T | | | | | |
| 41. Harley-Davidson | A | Dividend | J | T | | | | | |
| 42. Idaho Housing Authority | A | Interest | J | T | | | | | |
| 43. Suntrust Bank | A | Dividend | J | T | Bought | 11/2 | | | |
| 44. Wash Higher Ed | A | Interest | J | T | Bought | 6/25 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100.000 | B = $1,001-$2,500 G = $100,001-$1,000.000 | C = $2,501-$5,000 H1 = $1.000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VAN SICKLE, FRED | 7/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date ___July 15, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544